# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 15-3054 | September Term, 2015 |
| | 1:04-cr-00114-RBW-01 |
| | Filed On: September 16, 2015 |

In re: Zulma Natazha Chacin de Henriquez, et al.,

        Petitioners

**BEFORE:** Henderson, Rogers, and Pillard, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus and the joint stipulation of the litigants, it is

**ORDERED**, on the court's own motion, that the United States and Hernan Giraldo-Serna each file a response to the petition (not to exceed 30 pages each) by noon on Friday, September 25, 2015, and that petitioners file any reply by noon on Friday, October 2, 2015. Petitioners are allowed to file a single reply not to exceed one-half the aggregate length of the responses. The parties are directed to file the paper copies of their pleadings by hand.

Pursuant to 18 U.S.C. § 3771(d)(3), the court is required to "take up and decide" a petition filed under the Crime Victims' Rights Act within 72 hours after it is filed, "unless the litigants, with the approval of the court, have stipulated to a different time period for consideration." In this case, the litigants have stipulated that the time for consideration will be extended to October 16, 2015, and have proposed the aforementioned schedule for briefing the petition. The court hereby approves the litigants' stipulation.

**Per Curiam**

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                            BY:    /s/
                                        Robert J. Cavello
                                        Deputy Clerk